**2007–2325. State ex rel. Gilmour Realty, Inc. v. Mayfield Hts.**
Cuyahoga App. No. 90575, 2007-Ohio-6480. On relator's motion for stay of court of appeals' judgment. Motion denied.

On respondents' motion for sanctions and attorney fees. Request for attorney fees granted. Appellee's counsel shall submit a bill and documentation in support of the award of attorney fees within ten days of the date of this entry, and appellant may file objections to appellee's bill and

documentation within ten days of filing of the bill.

PFEIFER, O'CONNOR, and O'DONNELL, JJ., dissent and would not award attorney fees.